UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>VICTORIA LYNN DAVIS,<br>　　　　Defendant. | Case No. 15-cv-02027-KAW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 6, 2015; ORDER REGARDING CONSENT/ DECLINATION NOTICE**<br><br>Re: Dkt. No. 14 |

On September 8, 2015, the parties submitted an initial joint case management statement, in which they informed the Court that they have agreed to enter into a Consent Judgment that would resolve the case in its entirety, and requested that the case management conference scheduled on September 15, 2015 be continued. (Dkt. No. 14.)

Accordingly, the Court:

(1) Continues the initial case management conference to October 6, 2015; and

(2) Orders both parties to file a consent/declination form (available at:

*http://cand.uscourts.gov/filelibrary/1335/MJ_Consent-Declination_Form_Jan2014.pdf*). Without the affirmative consent of both parties, the undersigned cannot retain jurisdiction over this matter, including the entry of the consent judgment. The parties shall file their respective forms by September 29, 2015.

IT IS SO ORDERED.

Dated: September 11, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge